COMMONWEALTH vs. CHARLES JOHNSON (and seven companion cases[1]). April 30, 1969. There was no error in the trial and convictions of the defendants on the complaints under G. L. c. 272, § 28A.

*Judgments affirmed.*

*Kevin M. Keating* for Charles Johnson & others.
*Michael A. Molloy, & Robert Eugene Smith* of Maryland, for Joseph M. Palladino, Sr., & another.
*Theodore A. Glynn, Jr.,* Assistant District Attorney (*Newman A. Flanagan,* Assistant District Attorney, with him), for the Commonwealth.

ROSALIE S. LYONS & another vs. CAMBRIDGE CLINIC, INC. & another. April 30, 1969. This is an action of tort brought by Rosalie S. Lyons (plaintiff) against a dentist for malpractice and against the clinic where the dentist treated the plaintiff. The husband of the plaintiff seeks consequential damages. The only issue we concern ourselves with is whether the trial judge erred in directing verdicts for the defendants. The dentist after examination of the plaintiff and X-rays extracted a decayed tooth. Two days after the extraction the plaintiff was admitted to a hospital where "a diagnosis was made of '[f]racture of left mandible.'" We discover nothing in the testimony of the expert who testified for the plaintiff that shows the dentist was negligent in her treatment of the plaintiff. See *Brune* v. *Belinkoff,* 354 Mass. 102. The testimony of a radiologist that the "x-ray of the plaintiff's jaw taken by . . . [the dentist] just prior to the extraction . . . revealed the same linear fracture line shown on the x-ray film taken at the . . . [h]ospital several days after the extraction" does not in our view aid the plaintiff. There was no error.

*Exceptions overruled.*

*Henry A. Tempone* for the plaintiffs.
*Francis Leone* for Cambridge Clinic, Inc.
*William F. Callahan* for Maria Krivoshlikoff.